# United States District Court
## Northern District of Illinois
### Eastern Division

GLORIA CHIMMY

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 03 C 6628

THE PRUDENTIAL CO. OF AMERICA

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendant and against plaintiff, Gloria Chimmy. Plaintiff takes nothing from the defendant.

Michael W. Dobbins, Clerk of Court

Date: 4/20/2005

/s/ Donald Walker, Deputy Clerk